**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven Wohlstetter | Social Security number or ITIN xxx–xx–2272 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sharon Wohlstetter | Social Security number or ITIN xxx–xx–9974 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  14–10637–MBK

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven Wohlstetter                    Sharon Wohlstetter

2/2/18                    **By the court:** Michael B. Kaplan
                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-10637-MBK
Steven Wohlstetter                                                      Chapter 13
Sharon Wohlstetter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Feb 02, 2018
                              Form ID: 3180W             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db/jdb          Steven Wohlstetter,    Sharon Wohlstetter,    25 Turret Dr,   Monroe Township, NJ   08831-7933
514469997      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,    201 Little Falls Dr,   Wilmington, DE   19808)
514470005       +Dept Of Edu/osla Servi,    525 Central Park Dr Ste,    Oklahoma City, OK 73105-1723
514470011      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissn Inf Lt,   Attn: Bankruptcy,    8900 Freeport Pkwy,
                 Irving, TX   75063-2438)
514551717       +NJCLASS,   PO Box 548,    Trenton, NJ 08625-0548
514470010       +Nissan-infiniti Lt,    Pob 660366,   Dallas, TX 75266-0366
514509711        OSLA US Dept. of Educ.,    POB 18475,   Oklahoma City, OK   73154-0475
514470013       +State Of Nj Student As,    Po Box 538,   Trenton, NJ 08625-0538
514470012       +State Of Nj Student As,    PO Box 548,   Attn: Bankruptcy Department,    Trenton, NJ 08625-0548
517291093        Steven Wohlstetter,   Sharon Wohlstetter,    25 Turret Drive,   Monroe Township, NJ   08831-7933
514470014        Stonebridge Community Assoc.,    Prime Management Inc.,    684 E Bay Ave,
                 Barnegat, NJ   08005-2465
514639342        Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,
                 3476 Stateview Blvd. Fort Mill, SC 29715
514628774       +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 23:28:53      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 23:28:48      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              EDI: WFFC.COM Feb 02 2018 23:04:00      Wells Fargo Bank,    8480 Stagecoach Circle,
                 Frederick, MD   21701
514469998       EDI: HNDA.COM Feb 02 2018 23:03:00      American Honda Finance,    PO Box 168088,
                 Irving, TX   75016-8088
514469995      +EDI: AARGON.COM Feb 02 2018 23:04:00      Aargon Agncy,    8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
514469996       EDI: AARGON.COM Feb 02 2018 23:04:00      Aargon Collection Agency,    3025 W Sahara Ave,
                 Las Vegas, NV   89102-6094
514469999       EDI: BANKAMER.COM Feb 02 2018 23:04:00      Bank Of America,    Attention: Recovery Department,
                 4161 Piedmont Pkwy,   Greensboro, NC   27410-8110
514470000       EDI: BANKAMER.COM Feb 02 2018 23:04:00      Bank Of America,    Po Box 982235,
                 El Paso, TX   79998
514470001       EDI: CAPITALONE.COM Feb 02 2018 23:04:00       Cap One,   Po Box 85520,   Richmond, VA   23285
514470002      +EDI: CAPITALONE.COM Feb 02 2018 23:04:00       Cap One Na,   P.o.box 26030,
                 Richmond, VA 23260-6030
514470003       EDI: CAPITALONE.COM Feb 02 2018 23:04:00       Capital 1 Bank,   Attn: Bankruptcy Dept.,
                 PO Box 30285,   Salt Lake City, UT   84130-0285
514470004       EDI: CAPITALONE.COM Feb 02 2018 23:04:00       Capital One,   PO Box 85064,
                 Glen Allen, VA   23058
514728539       EDI: BL-BECKET.COM Feb 02 2018 23:04:00       Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
514709028       EDI: CAPITALONE.COM Feb 02 2018 23:04:00       Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC   28272-1083
514470006      +EDI: DISCOVER.COM Feb 02 2018 23:04:00      Discover,    PO Box 71084,   Charlotte, NC 28272-1084
514491172       EDI: DISCOVER.COM Feb 02 2018 23:04:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH   43054-3025
514470007      +EDI: DISCOVER.COM Feb 02 2018 23:04:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
514470008       EDI: CBSKOHLS.COM Feb 02 2018 23:04:00      Kohl's,    PO Box 3043,   Milwaukee, WI   53201-3043
514470009      +EDI: CBSKOHLS.COM Feb 02 2018 23:04:00      Kohls,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
514782043       EDI: PRA.COM Feb 02 2018 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (Usa), N.a.,    POB 41067,   Norfolk VA 23541
515902623       EDI: RMSC.COM Feb 02 2018 23:04:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514470015       EDI: TFSR.COM Feb 02 2018 23:03:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL   60197-5855
514470016       EDI: TFSR.COM Feb 02 2018 23:03:00      Toyota Motor Credit Co,    19001 S Western Ave,
                 Torrance, CA   90501
514470017       EDI: TFSR.COM Feb 02 2018 23:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA   52408-8026
514486868       EDI: TFSR.COM Feb 02 2018 23:03:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
514470018       EDI: WFFC.COM Feb 02 2018 23:04:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD   21701

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 02, 2018
                              Form ID: 3180W           Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515592878      +EDI: WFFC.COM Feb 02 2018 23:04:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,   MAC# D3347-014,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
                                                                                                TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514470019      ##Zucker Goldberg & Ackerman,   PO Box 1024,   Mountainside, NJ   07092-0024
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Loss Mitigation    Wells Fargo Bank
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
              Marc C. Capone    on behalf of Debtor Steven   Wohlstetter mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Sharon   Wohlstetter mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                                 TOTAL: 9
```